ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
Attorney for Defendants

By: David L. DaCosta
Deputy Attorney General
(609) 341-3689

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| JOHN BRANDT, | : | Civ. Action No. 09-5367-FLW-LHG |
| Plaintiff, | : | |
| | : | HON. FREDA L. WOLFSON, U.S.D.J. |
| v. | : | |
| TRENTON PSYCHIATRIC HOSPITAL, et al., | : | **ORDER** |
| Defendants. | : | |

This matter having come before the Court on a motion of Anne Milgram, Attorney General of New Jersey, by David L. DaCosta, Deputy Attorney General, appearing on behalf of all Defendants, pursuant to L. R. Civ. P. 6(b)(2) and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78 and for good cause shown;

IT IS on this 19th day of January, 2010;

1

ORDERED that Defendants are hereby granted leave to answer, move or otherwise reply to Plaintiff's Complaint within forty five days from the date of this order.

_____
HONORABLE LOIS H. GOODMAN, U.S.M.J.